Janice P. Brown, Esq. (SBN 114433)
Arlene R. Yang, Esq. (SBN 297450)
Michael Pogrebinsky, Esq. (SBN 317682)
**BROWN LAW GROUP**
600 B Street, Suite 1650
San Diego, CA 92101
Telephone: 619.330.1700
Facsimile: 619.330.1701
brown@brownlawgroup.com
yang@brownlawgroup.com
pogrebinsky@brownlawgroup.com
*Attorneys for Plaintiff* INGREDION INCORPORATED

Meghan M. Baker (SBN 243765)
Michael J. Laino (SBN 326369)
**DOWNEY BRAND LLP**
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: 916.444.1000
Facsimile: 916.444.2100
mbaker@downeybrand.com
mlaino@downeybrand.com
*Attorneys for Defendant* TIMMERMAN STARLITE TRUCKING, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| INGREDION INCORPORATED, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TIMMERMAN STARLITE TRUCKING, INC., a California corporation,<br><br>Defendant.<br>_____<br><br>TIMMERMAN STARLITE TRUCKING, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>INGREDION INCORPORATED, a Delaware corporation,<br><br>Defendant.<br>_____ | Case No.: 2:19-cv-01167-JAM-AC<br><br>**JOINT STIPULATION AND ORDER TO CONSOLIDATE CASES FOR PURPOSES OF DISCOVERY AND TRIAL**<br><br>2:19-cv-01167-JAM-AC<br><br>Date Action Filed: June 21, 2019<br><br>Trial Date: December 7, 2020<br><br>**AND**<br><br>2:19-CV-01876-JAM-AC<br><br>Date Action Filed: August 13, 2019<br><br>Trial Date: Not Set |

---

**JOINT STIPULATION AND ORDER TO CONSOLIDATE**

**PLEASE TAKE NOTICE IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THROUGH THEIR ATTORNEYS OF RECORD THAT:**

Plaintiff INGREDION INCORPORATED ("Ingredion") and Defendant TIMMERMAN STARLITE TRUCKING, INC. ("Starlite") by and through their respective counsel of record submit the following Joint Stipulation for Consolidation pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. Plaintiff and Defendant are collectively referred to herein as the "Parties."

## I. RECITALS

1. Ingredion and Starlite entered into the Ingredient Shuttle Agreement ("Shuttle Agreement") for Starlite to provide transportation and other services to Ingredion at its corn wet milling plant in Stockton, California;

2. The term of the Shuttle Agreement was January 1, 2017, through December 31, 2021. Ingredion terminated the Shuttle Agreement in 2018, citing economic conditions.

3. Ingredion contends that this termination was proper under the terms of the Shuttle Agreement, while Starlite contends that this termination constitutes a breach of contract and seeks damages associated with the same;

4. On June 21, 2019, Ingredion filed a declaratory relief action, Case No. 2:19-cv-01167-JAM-AC (the "Ingredion Action"), seeking a determination of whether its termination was pursuant to the terms of the Shuttle Agreement or in breach thereof; whether Ingredion is liable to Starlite for any damages attributable to the termination of the agreement; and whether or not Starlite has reasonably mitigated its damages.

5. On August 21, 2019, the Court entered a Status (Pre-Trial Scheduling) Order in the Ingredion Action, which (among other dates) sets a discovery cut off of July 2, 2020, and a trial date of December 7, 2020;

6. The Parties exchanged Initial Disclosures in the Ingredion Action on September 30, 2019, but to date, have not conducted formal discovery;

7. On August 13, 2019, Starlite filed an action in the Superior Court of San Joaquin County, Case No. STK-CV-UBC-2019-10528 asserting a cause of action against Ingredion for breach of the Shuttle Agreement and for declaratory relief related to the same (the "Starlite Action").

8. On September 17, 2019, Ingredion removed the Starlite Action to the United States District Court, Eastern District of California, and thereafter provided required notice to Starlite and the aforementioned courts;

9. On September 24, 2019, this Court entered a Related Case Order, relating the Ingredion Action and the Starlite Action to be heard before the Honorable John A. Mendez and Magistrate Judge Claire Allison, Case No.: 2:19-CV-01167-JAM-AC and Case No.: 2:19-CV-01876-JAM-AC;

10. Starlite has sought leave to file a First Amended Complaint in the Starlite Action, which would add a new breach of contract claim against Ingredion for breach of a "Truck Transportation and Brokerage" contract and augment the existing declaratory relief claim to include relief related to this additional contract;

11. The Court has not yet entered a Status (Pre-Trial Scheduling) Order in the Starlite Action;

12. The Parties have not yet exchanged Initial Disclosures in the Starlite Action or conducted formal discovery;

13. The Parties have agreed to stipulate to the consolidation of the above Actions for purpose of discovery and trial in order to promote judicial economy, expedite proceedings and avoid duplicative evidence, procedures and trials, promote convenience of the parties and witnesses, and avoid inconsistent adjudications;

## II. STIPULATION

**IT IS THEREFORE STIPULATED** by and between the parties, through their counsel of record that, subject to the Court's approval:

-3-

1. The Ingredion Action, Case No. 2:19-CV-01167-JAM-AC, and the Starlite Action, Case No. 2:19-CV-01876-JAM-AC, are hereby deemed consolidated for purposes of discovery and trial.

2. The Parties shall exchange Initial Disclosures in the Starlite Action on or before December 20, 2019.

3. The Court shall vacate the Status (Pre-Trial Scheduling) Order entered in the Ingredion Action, Case No. 2:19-CV-01167-JAM-AC, and shall enter a new Status (Pre-Trial Scheduling) Order to govern both actions.

4. The clerk shall place a copy of this Order in the separate file for each action.

5. Every pleading hereafter filed in this Consolidated action shall bear the following caption:

| | |
|---|---|
| INGREDION INCORPORATED, a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>TIMMERMAN STARLITE TRUCKING, INC., a California corporation,<br><br>    Defendant.<br>_____ | Case No.: 2:19-cv-01167-JAM-AC |
| TIMMERMAN STARLITE TRUCKING, INC., a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>INGREDION INCORPORATED, a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:19-cv-01876-JAM-AC |

**IT IS SO STIPULATED:**

Dated: November 27, 2019    **BROWN LAW GROUP**

By: */s/ Arlene R. Yang*
Janice P. Brown, Esq.
Arlene R. Yang, Esq.
Michael Pogrebinsky, Esq
INGREDION INCORPORATED

Dated: November 27, 2019    **DOWNEY BRAND LLP**

By: */s/ Meghan M. Baker*
(as authorized on 11/27/2019)
Meghan M. Baker, Esq.
Michael J. Laino, Esq.
TIMMERMAN STARLITE TRUCKING

# ORDER

1. The Ingredion Action, Case No. 2:19-CV-01167-JAM-AC, and the Starlite Action, Case No. 2:19-CV-01876-JAM-AC, are hereby deemed consolidated for purposes of discovery and trial.

2. The Parties shall exchange Initial Disclosures in the Starlite Action on or before December 20, 2019.

3. The Court shall vacate the Status (Pre-Trial Scheduling) Order entered in the Ingredion Action, Case No. 2:19-CV-01167-JAM-AC, and shall enter a new Status (Pre-Trial Scheduling) Order to govern both actions.

4. The clerk shall place a copy of this Order in the separate file for each action.

5. Every pleading hereafter filed in this Consolidated action shall bear the following caption:

| | |
|---|---|
| INGREDION INCORPORATED, a Delaware corporation,<br><br>    Plaintiff,<br>  v.<br><br>TIMMERMAN STARLITE TRUCKING, INC., a California corporation,<br><br>    Defendant.<br>_____ | Case No.: 2:19-cv-01167-JAM-AC |
| TIMMERMAN STARLITE TRUCKING, INC., a California corporation,<br><br>    Plaintiff,<br>  v.<br><br>INGREDION INCORPORATED, a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:19-cv-01876-JAM-AC |

**IT IS SO ORDERED:**

Date: December 3, 2019         /s/ John A. Mendez_____
                               John A. Mendez
                               United States District Court Judge

**JOINT STIPULATION AND ORDER TO CONSOLIDATE**