UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMMERMAN STARLITE TRUCKING, INC., <br><br> Plaintiff, <br><br> v. <br><br> INGREDION INCORPORATED, INC., <br><br> Defendant. | No. 2:19-cv-01876 JAM AC <br><br> ORDER |

On September 16, 2020, Timmerman Starline Trucking ("Timmerman") filed a motion to compel. ECF No. 22. The hearing was set on the papers, and the matter was set to be ripe on October 7, 2020. ECF No. 24. Due to complications in completing the joint statement, Timmerman filed a request that the motion be continued to October 14, 2020. ECF No. 25.

Good cause appearing, IT IS HEREBY ORDERED that the request is GRANTED and Timmerman's motion at ECF No. 22 will become ripe for adjudication on the papers on October 14, 2020.

DATED: October 1, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1